**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00682-REB-MEH

CYNTHIA KEMPT,

    Plaintiff,

v.

CONTINENTAL SERVICE GROUP, INC., a New York corporation, d/b/a Conserve,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#8] filed June 11, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#8] filed June 11, 2009, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 11, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge